IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROY FULLER,

    Petitioner,

v.

    CASE NO. 2:08-CV-892
    JUDGE FROST
    MAGISTRATE JUDGE KING

DEBORAH TIMMERMAN-COOPER,
Warden,

    Respondent.

## OPINION AND ORDER

On April 5, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** in this case.

                                                    /s/ Gregory L. Frost
                                                  GREGORY L. FROST
                                                  United States District Judge